**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David W. LANIER, Defendant–Appellant.**

No. 93–5608.

United States Court of Appeals,
Sixth Circuit

May 13, 1997.

Before: MARTIN, Chief Judge; KEITH, MERRITT, KENNEDY, JONES, WELLFORD, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE and COLE, Circuit Judges.

**ORDER**

In light of the United States Supreme Court's judgment of April 30, 1997, this case will be reheard en banc. Sixth Circuit Rule 14 provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is **ORDERED,** that the previous decision and judgment of this court are vacated, the mandate is stayed and the case is restored to the docket as a pending appeal.

It is further **ORDERED** that the appellant file a supplemental brief not later than Monday, June 16, 1997, and the appellee file a supplemental brief not later than Wednesday, July 16, 1997. The Clerk will schedule this case for oral argument as directed by the court.